UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X    Index 20-CV-03018 (NGG)(PK)

KAREEM BACCHUS,

                Plaintiff,                      PLAINTIFF'S
                                                  CONSENT TO DISMISSAL
   -against-

THE CITY OF NEW YORK, ET. AL.,

                Defendants.
---------------------------------------------------------X

      Upon consultation with plaintiff and with his consent, plaintiff hereby agrees to dismiss this case, including all claims against the City of New York and all named and unnamed defendants with prejudice.

      Thank you for your attention to this matter.

Dated:  New York, New York
          March 10, 2021

                                              **RESPECTFULLY,**

                                                     /s/

                                              **STEVEN A. HOFFNER, ESQ.**
                                             Attorney for the Plaintiff